1  MICHAEL J. CARROLL (SBN 050246)
   ERSKINE & TULLEY
2  220 Montgomery Street, Suite 303
   San Francisco, CA 94104
3  Telephone:  (415) 392-5431
   Facsimile:  (415) 392-1978
4  Email:  michael@erskinetulley.com

5  Attorney for Plaintiff
   BOARD OF TRUSTEES OF THE SHEET
6  METAL WORKERS HEALTH CARE PLAN OF
   NORTHERN CALIFORNIA, SHEET METAL
7  WORKERS PENSION TRUST OF NORTHERN
   CALIFORNIA, SHEET METAL WORKERS
8  LOCAL 104 VACATION, HOLIDAY SAVINGS
   PLAN; ANTHONY ASHER, TRUSTEE
9
   MICHAEL P. MERRILL (SBN 040963)
10 MERRILL, ARNONE & JONES, LLP
   3554 Round Barn Blvd., Suite 303
11 Santa Rosa, CA  95403
   Telephone:  (707) 528-2882
12 Facsimile:  (707) 528-6015
   Email:  mpmerr@majlaw.com
13
   Attorneys for Defendants
14 DEAN LANGER and KENNTH LANGER,
   individually, and doing business as DESIGN AIR
15 HEATING AND SHEETMETAL

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE<br><br>         Plaintiff,<br><br>    v.<br><br>DEAN LANGER and KENNTH LANGER Both individually, and doing business as DESIGN AIR HEATING AND SHEETMETAL<br><br>         Defendants. | Case No.  C 07 0819  CRB<br><br>~~JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE~~<br><br>**ORDER**<br><br><br>Date:        May 18, 2007<br>Time:        8:30 a.m.<br>Courtroom:   8, 19th Floor<br>Judge:       Hon. Charles R. Breyer |

**DESCRIPTION OF THE CASE**

**1.     A brief description of the action:**

Action to enforce the terms of a collective bargaining agreement and trust subscription agreements as the inspection of records and to compel payment of any amounts due thereunder.  The parties are cooperating in the performance of an audit, and judicial economy would be served if the CMC were continued for sixty days to see if all issues can be resolved by the parties informally.

**2.     The principal factual issues in which the parties dispute:**

Plaintiffs claim that Defendants have not cooperated in producing documents.  Defendants claim that they have done so and stand ready to continue doing so.  Defendants also take the position that all moneys due and owing the Plaintiffs has been paid to Plaintiffs.

**3.     The principal legal issues which the parties dispute:**

None currently identified.

**4.     Other factual issues (e.g., service of process, personal jurisdiction, subject matter jurisdiction or venue) which remain unresolved for the reasons stated below and how the parties propose to resolve those issues:**

N/A

**5.     The parties which have not been served and the reasons:**

N/A

**6.     The additional parties which the below-specified parties intend to join in the intended time frame for such joinder:**

N/A

**7.     The following parties consent to assignment of this case to the United States Magistrate Judge for trial:**

N/A

**ALTERNATIVE DISPUTE RESOLUTION**

**8.     The ADR process to which the parties request referral:**

Mediation.

## DISCLOSURES

**9.     The parties certify that they have made the following disclosures:**

None.

**10.    Please indicate any other information regarding ADR process or deadline:**

N/A

## DISCOVERY

**11.    The parties agreed to the following discovery plan:**

Production of Documents relied on by Plaintiffs that form the underlying claimed basis for the audit and liability under thereunder – date TBD.

Deposition of Auditors upon the completion of their audit and review of records sought for review. Dates and persons TBD

## TRIAL SCHEDULE

**12.    Based on present estimates, the parties request a trial date in:**

December 2007.

**13.    The parties expect that the trial will last for the following number of days:**

5 days.

Dated:  May __, 2007

                              ERSKINE & TULLY

                              By:    /s/ Michael J. Carroll
                                  MICHAEL J. CARROLL
                                  Attorneys for Plaintiff
                                  BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENISION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; ANTHONY ASHER, TRUSTEE

1 | Dated: May __, 2007
2 |                              MERRILL, ARNONE & JONES, LLP

By:   /s/ Michael P. Merrill
      MICHAEL P. MERRILL
      Attorneys for Defendants
      DEAN LANGER and KENNTH LANGER,
      individually, and doing business as DESIGN
      AIR HEATING AND SHEETMETAL

Case management conference continued to July 20, 2007 at 8:30 a.m.

May 10, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA