1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12
   BOARD OF TRUSTEES OF THE SHEET METAL )   NO. C 07 0819 CRB
13 WORKERS, et al.,                     )
                                        )
14           Plaintiffs,                )   STIPULATION TO CONTINUE
                                        )   CASE MANAGEMENT
15      vs.                             )   CONFERENCE; ~~PROPOSED~~
                                        )   ORDER
16 DEAN LANGER and KENNTH LANGER et al. )
                                        )
17           Defendant.                 )
                                        )
18 ─────────────────────────────────────

19      It is Stipulated and agreed that because the parties are
20 presently engaged in informal settlement discussions, that the Case
21 Management Conference be continued from May 18, 2007 to July 13, 2007
22 at 10:00 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San
23 Francisco.
24 ////
25 ////
26 ////
27 ////
28 ////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER          1

```
 1  Date:    May 10 2007          ERSKINE & TULLEY
                                  A PROFESSIONAL CORPORATION
 2
 3                                By: _____
                                      Michael J. Carroll
 4                                    Attorneys for Plaintiffs

 5  Date:    May 10, 2007
 6
                                  _____
 7                                Michael P. Merrill
                                  Attorney for Defendant
 8
 9
10                       ORDER
11
    IT IS SO ORDERED.
12
    Dated: May 11, 2007
13
                                  Honorable Charles R. Breyer
14                                Judge Charles R. Breyer
                                  United States District Court
15                                Northern District of California
...
28

         STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER           2
```