```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>DEAN LANGER and KENNTH LANGER, etc., <br><br>Defendant. | NO.  C 07 0819 CRB <br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER |

        The parties have caused an audit to be performed, and the results became known last week. Settlement proposals have since been exchanged and a settlement agreed to. The parties expect to dismiss this case shortly.

        It is Stipulated and agreed that because the parties need two weeks to complete a settlement, that the Case Management Conference be continued from July 13, 2007 to July 27, 2007, at 10:00 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco.

////

////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER    1

```
 1  Date:   July 10, 2007            ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION
 2
 3                                   By: _____
                                         Michael J. Carroll
 4                                       Attorneys for Plaintiffs

 5  Date:   July 10, 2007

 6
                                     _____
 7                                   Michael P. Merrill
                                     Attorney for Defendant
 8
 9                              ORDER
    IT IS SO ORDERED.
10
    Dated:   July 11, 2007
11
                                     Honorable Charles R. Breyer
```

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER                 2